```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3021 |
| | ) | |
| v. | ) | |
| | ) | |
| VICENTE ALONSO ISIORDIA JIMENEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The defendant's unopposed oral motion to continue the plea hearing is granted. The change of plea hearing is continued from October 5, 2005 to October 27, 2005 at 2:30 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 4th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge